IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC BROADCASTING SERVICE, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>                              *Defendants*. | Civil Case No. 1:25-cv-1722-RDM<br><br>**JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE FOR EXPEDITED SUMMARY JUDGMENT AND OTHER RELATED RELIEF** |

      The parties in this action (the "PBS Action")—which challenges Executive Order No. 14,290, *Ending Taxpayer Subsidization of Biased Media*, 90 Fed. Reg. 19,415 (May 1, 2025) (the "EO")—hereby jointly move (i) to set agreed-upon briefing schedules for cross-motions for summary judgment, (ii) to dispense with this Court's requirements for a pre-motion conference, (iii) to dispense with the requirement of a Rule 26(f) conference, and (iv) to extend the deadline for defendants to answer the complaint until after the Court rules on the parties' cross-motions for summary judgment. A motion requesting the same relief from this Court is also being filed in a parallel action challenging the EO. *See National Pub. Radio v. Trump*, No. 1:25-cv-1674-RDM (D.D.C.) ("NPR Action"). Good cause exists for the requested relief for the following reasons:

      1.     Plaintiffs in the PBS Action filed their complaint on May 30, 2025. Plaintiffs in the NPR Action filed their complaint on May 27, 2025. Both Actions were assigned to this Court.

      2.     The PBS Action and the NPR Action both challenge the EO as violative of the U.S. Constitution, the Public Broadcasting Act of 1967, 47 U.S.C. §§ 396 *et seq.*, and the Administrative Procedure Act, 5 U.S.C. §§ 551 *et seq.*

3. Counsel for the parties in the PBS Action, along with counsel for plaintiffs in the NPR Action, met and conferred on June 5, 2025. The parties agreed that the Actions should be resolved on cross-motions for summary judgment,[1] without the need for discovery.

4. The parties also agreed to the following proposed filing deadlines for the PBS Action, which are identical to the deadlines being proposed in the NPR Action:

| | |
|---|---|
| June 13, 2025: | Plaintiffs' motion for summary judgment; |
| June 20, 2025: | Amicus briefs in support of plaintiffs; |
| July 11, 2025: | Defendants' response to plaintiffs' motion for summary judgment/cross-motion for summary judgment; |
| July 11, 2025 | Administrative record index; |
| July 18, 2025: | Amicus briefs in support of defendants; |
| July 25, 2025: | Plaintiffs' reply in support of summary judgment/response to defendants' cross-motion for summary judgment; |
| August 8, 2025: | Defendants' reply in support of cross-motion for summary judgment. |

5. Whereas they have reached agreement on a schedule for further proceedings in this Action, the parties respectfully request that the Court waive its requirement to hold a pre-motion conference, *see* Standing Order, Directive 10(a), ECF No. 8.

6. Because the parties agree no discovery is necessary in this action, they agree that a conference under Federal Rule of Civil Procedure 26(f) is unnecessary, and further request that the Court waive that requirement.

7. Because the Court's resolution of the parties' cross-motions for summary judgment is likely to be dispositive of this action, defendants move to extend their deadline to answer the

---

[1] At this time, plaintiffs do not intend to seek a preliminary injunction if the Court approves the proposed schedule—but reserve the right to do so in the event that circumstances change.

2

complaint until 21 days after the Court rules on the parties' cross-motions for summary judgment. Plaintiffs consent to this requested relief.

WHEREFORE, the parties respectfully request the Court grant the proposed briefing schedule and enter an Order adopting the briefing schedule and other relief as outlined above.

Dated: June 9, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
PHONE: (202) 514-3183
Email: carmen.m.banerjee2@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Z.W. Julius Chen*
Z.W. Julius Chen
   D.C. Bar No. 1002635
Pratik A. Shah
   D.C. Bar No. 497108
AKIN GUMP STRAUSS HAUER
   & FELD LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, D.C. 20006
chenj@akingump.com
Tel.: 202-887-4000
Fax: 202-887-4288

*Counsel for Plaintiffs*

3