IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC BROADCASTING SERVICE, *et al.*,

               *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

               *Defendants*.

Civil Case No. 1: 25-cv-1722-RDM

### ORDER

This matter is before the Court on the Parties' Joint Motion for Entry of a Briefing Schedule for Expedited Summary Judgment and Other Related Relief. Upon consideration of the Motion, and record thereon, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the parties shall adhere to the following filing deadlines, as proposed in the Motion:

| | |
|---|---|
| June 13, 2025: | Plaintiffs shall file their motion for summary judgment |
| June 20, 2025: | Amicus briefs to be filed in support of plaintiffs |
| July 11, 2025: | Defendants shall file their response to plaintiffs' motion for summary judgment/cross-motion for summary judgment |
| July 11, 2025 | Defendants shall file any administrative record index |
| July 18, 2025: | Amicus briefs to be filed in support of defendants |
| July 25, 2025: | Plaintiffs shall file their reply in support of summary judgment/response to defendants' cross-motion for summary judgment |
| August 8, 2025: | Defendants shall file their reply in support of their cross-motion for summary judgment; |

ORDERED that the Court dispenses with requirements that the parties appear for a pre-motion conference and a Rule 26(f) conference; and

ORDERED that the deadline for defendants to respond to the complaint shall be extended until 21 days after the Court rules on the parties' cross-motions for summary judgment.

Dated: June 10, 2025

/s/ Randolph D. Moss
HONORABLE RANDOLPH D. MOSS
United States District Judge