# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC BROADCASTING SERVICE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-01722-RDM |

**DECLARATION OF PAULA KERGER**

I, Paula Kerger, am over 18 years of age and competent to give this declaration, which is based on my personal knowledge, information, and belief.

**Introduction**

1. I am the president and chief executive officer of the Public Broadcasting Service ("PBS"), a non-profit membership organization comprising 336 local public television broadcast stations throughout the United States and its territories ("PBS Member Stations").

2. PBS and PBS Member Stations play an essential role in fulfilling the mandate of the Public Broadcasting Act of 1967 (the "Act"). PBS and PBS Member Stations have been the primary ultimate recipients of congressional funding for public television broadcasting for over 50 years. That funding is largely provided through grants administered by the Corporation for Public Broadcasting ("CPB") pursuant to the Act. Additional grants are administered by the Department of

Education ("ED"), the Department of Homeland Security, the Federal Emergency Management Agency ("FEMA"), and other federal agencies.

3.  In an Executive Order issued on May 1, 2025, the President declared that government funding of private sources of non-commercial media is "corrosive," and singled out PBS (alongside National Public Radio) as failing to provide "fair, accurate, unbiased, and nonpartisan news."  Exec. Order No. 14,290, *Ending Taxpayer Subsidization of Biased Media*, § 1, 90 Fed. Reg. 19,415, 19,415 (May 1, 2025) (the "EO").  The EO "instruct[s]" the CPB Board and "all executive departments and agencies" to "cease Federal funding for . . . PBS."  EO § 1.  The EO also instructs that "[t]he CPB Board . . . cease indirect funding to . . . PBS, including by ensuring that licensees and permittees of public . . . television stations, as well as any other recipients of CPB funds, do not use Federal funds for . . . PBS."  EO § 2.

4.  As explained below, PBS and PBS Member Stations play vital and predominant roles in public television broadcasting; rely significantly on federal funding in order to provide free, noncommercial, and essential content; and would suffer devastating consequences if the EO is upheld.

**PBS and PBS Member Stations' Roles in Public Broadcasting**

5.  In 1967, Congress enacted the Act and declared that it is the policy of the United States to apply "freedom, imagination, and initiative on both local and national levels" to the provision of public telecommunications services that are "responsive to the interests of people both in particular localities and throughout the United States, which will constitute an expression of diversity and excellence,"

2

through "programming that involves creative risks and that addresses the needs of unserved and underserved audiences, particularly children and minorities." 47 U.S.C. § 396(a)(6).

6. In 1969, PBS was created by CPB and local public television stations seeking to leverage their combined resources and better serve their communities through public television, as envisioned by the Act. PBS is a membership organization that, in partnership with PBS Member Stations, serves the American public with programming and services of the highest quality, using media to educate, inspire, entertain, and express a diversity of perspectives. PBS Member Stations pay dues to PBS in exchange for access to high-quality programming and other services, and elect a majority of PBS's board of directors from the ranks of PBS Member Station managers.

7. PBS develops and acquires television programming and other video content for distribution through PBS Member Stations and other PBS platforms. That content covers a rich array of history, culture, arts, science, public affairs, and children's educational programming—like *Mister Rogers' Neighborhood*, *Sesame Street*, *NOVA*, *Frontline*, and numerous Ken Burns films (*e.g.*, *The Civil War*, *Baseball*, *The National Parks: America's Best Idea*, and *Country Music*). PBS content is free to the public and available to nearly 97% of the United States' population, and is therefore viewed broadly by millions of viewers of all ages and communities across the United States.

8. The demographic composition of PBS's audience mirrors the overall U.S. population with respect to geography, income, education, race, and ethnicity. Sixty percent of PBS viewers live outside of urban areas. And the breakdown of viewers is almost evenly split among Democrats, Republicans, and independents according to an MRI-Simmons Fall 2024 Doublebase survey.

9. PBS reaches more children, and more parents of young children, than any other children's television network. PBS KIDS is a dedicated children's media service that delivers free educational content via television and digital platforms, including PBS Member Stations, the 24-hour PBS KIDS channel and live stream, pbskids.org, and the PBS KIDS Video and Games apps. PBS KIDS averages 16 million monthly users and over 350 million monthly streams across digital platforms. Similarly, PBS LearningMedia—a digital library of free assets, interactive videos, media galleries, lesson plans, content from partners (like NASA, the Library of Congress, and the Smithsonian), and other resources for teachers and students— hosts nearly 1.5 million unique users on its website each month during the school year. As academic studies have shown, PBS's educational programming for children is highly effective at improving math, science, and literacy skills, and has helped millions of preschool-aged children prepare for and ultimately succeed in school.[1] For example, children who used PBS KIDS resources gained literacy skills equivalent to

---

[1] *See, e.g.*, Todd Grindal et al., *Early Science and Engineering: The Impact of The Cat in the Hat Knows a Lot About That! on Learning*, EDUC. DEV. CTR., INC., & SRI INT'L (2019), *available at* https://tinyurl.com/2444ruxh; Michelle Tiu et al., *Odd Squad: Learning math with PBS KIDS transmedia content at school and home*, WESTED (2015), *available at* https://tinyurl.com/3h73emfr.

1.5 months of classroom instruction.[2] Indeed, PBS is particularly vital to early-childhood education in America because less than half of preschool-aged children attend formal preschool.[3]

10. PBS also provides a broad array of iconic educational and cultural programs for Americans of all ages.  For example, PBS has offered landmark history programs designed to educate viewers on American events and periods (*e.g.*, *Journey to America: With Newt and Callista Gingrich*, *Chasing the Moon: The Road to Apollo*, and *The Vietnam War*, a Ken Burns and Lynn Novick film) and critically acclaimed presidential documentaries (showcasing, for example, Ulysses S. Grant, Jimmy Carter, and Ronald Reagan).  In addition, PBS provides groundbreaking science and natural history programs (*e.g.*, *NOVA* and *Nature*) that support scientific understanding and inspire the next generation of scientists and researchers.  And PBS has offered content on such varied topics as music and the arts (*e.g.*, *Austin City Limits*, *Southern Storytellers*, and *Great Performances*) and regional American culinary traditions (*e.g.*, *The Great American Recipe*, *A Chef's Life*, and *La Frontera with Pati Jinich*) that helps Americans better understand their neighbors, communities, and country.

11. PBS's in-depth public affairs programming, while comprising less than 10% of PBS's broadcast schedule, is highly valued by viewers as well.  *PBS News*

---

[2] *See* Lisa B. Hurwitz, *Getting a Read on Ready To Learn Media: A Meta-analytic Review of Effects on Literacy*, 90 CHILD DEV. 1754-1771 (2019).

[3] *See Kids Count Data Center*, THE ANNIE E. CASEY FOUND., https://tinyurl.com/2p9smce6 (last updated Mar. 2025).

*Hour* is the only nightly hour-long television news program on a free broadcast (rather than cable) network in the country, with a nightly audience of 2.1 million viewers in 2025. *Frontline*, a long-form news and current affairs series, has won every major journalism and broadcasting award, including 108 Emmy Awards, 31 Peabody Awards, and a Pulitzer Prize. And PBS's new program, *Breaking the Deadlock*—the first episode of which was introduced by Supreme Court Justices Amy Coney Barrett and Sonia Sotomayor—is a modern reimagining of PBS's previously long-running *Fred Friendly Seminars*. On *Breaking the Deadlock*, high-profile Americans from a wide variety of ideological backgrounds work through hypothetical ethical dilemmas.

    12. In addition to developing and acquiring content for distribution through PBS Member Stations and other PBS platforms, PBS harnesses the resources it receives from congressional appropriations (both directly and indirectly through PBS Member Station dues) to serve as a vital source of support for PBS Member Stations. For example, PBS manages the public television interconnection system—a 24/7/365 cloud-based, terrestrial broadband and satellite video distribution system among PBS, PBS Member Stations, content distributors (*e.g.*, American Public Television, National Educational Television Association), and digital platforms—for the benefit of PBS Member Stations. PBS further supports PBS Members Stations by negotiating distribution arrangements with national cable and satellite systems and digital streaming platforms (*e.g.*, YouTube TV, Amazon Prime Video), as well as by representing the interests of PBS Member Stations in various regulatory

proceedings. And PBS supports PBS Member Stations through procurement and distribution of proven on-air pledge programs, development training for local station staff, market research and fundraising assets, national promotion of content, brand management, story and program amplification, audience insights and cross-platform data monitoring, and continuing education for station managers and employees. By providing those and other services, PBS enables PBS Member Stations to leverage economies of scale to optimize their programming and operations, and to achieve savings they can reinvest in, among other things, producing local content, organizing local screenings and events to bring their community together, and coordinating emergency alert services with local public safety officials.

13. PBS also plays a critical role in public safety. The PBS Warning, Alert & Response Network ("WARN") ensures that public television stations meet the federal mandate to provide a nationwide backup to the Wireless Emergency Alert system. PBS receives wireless alerts directly from FEMA and transmits the alerts to public television stations via the interconnection system. Those stations, in turn, disseminate the alerts over their broadcast transmitters. These alerts are available to all cellular carriers to ensure their customers receive wireless emergency alerts, even if the primary delivery method fails. PBS also operates the WARN website, which is the only immediate source for validating a wireless emergency alert in real time.

14. A recent survey of a politically representative sample of U.S. adults (conducted by YouGov) showed that PBS is the number one most trusted institution

7

in the United States, as compared to video streaming services, commercial cable television, news publications, commercial broadcast television, the federal government, Congress, courts of law, and social media platforms.[4] The same survey found that PBS is the most trusted news network. Another recent survey found that PBS is the most accurate source of news in the United States.[5]

**PBS and PBS Member Stations Depend on Federal Funding**

15. PBS and PBS Member Stations have long been the recipients of millions of dollars annually in federal funds administered by CPB and by various agencies. They would not be able to produce, acquire, distribute, and air their content, without that federal funding. Further, many PBS Member Stations may cease to exist without that funding.

16. For 2025, PBS has a budget of $373.4 million. PBS will secure its entire budget from three primary sources: (i) dues from PBS Member Stations; (ii) public and private grants; and (iii) revenue from passive income sources.

17. PBS Member Station dues comprise 61% of PBS's budget ($227 million). CPB grants comprise another 16% ($59.8 million). Other federal grants comprise 6% ($20.7 million).

18. Public television stations receive approximately $325 million in annual federal funding from CPB, nearly all of which goes to PBS Member Stations. Those

---

[4] *See* PBS, *Trusted. Valued. Essential* (2025), https://tinyurl.com/4mdknmjd (describing results of YouGov survey conducted from January 6 to January 10, 2025).

[5] *See Perceived Accuracy and Bias in the News Media*, KNIGHT FOUND., at 15, https://tinyurl.com/4snvz87u (last visited May 23, 2025).

funds, which comprise more than 50% of the overall budgets of certain PBS Member Stations, are instrumental to enabling them to operate, to produce programming that serves their local communities, and to pay PBS dues that make PBS programming and services possible.

### Termination of Funding Pursuant to the Executive Order Would Significantly Harm PBS and PBS Member Stations

19. The EO purports to cut off all direct federal funding of PBS and to ensure that PBS Member Stations cannot pay their PBS dues with federal funds. *See* EO § 2.

20. The loss of federal funding for PBS will limit PBS's ability to provide the broad array of national programming and services PBS has long provided PBS Member Stations.

21. Because many PBS Member Stations rely heavily on federal funding, many PBS Member Stations will be unable to pay PBS dues (or will have to choose between paying PBS dues and incurring significant shortfalls in other areas) given the EO's prohibition on spending federal funds on such dues.

22. Implementation of the EO will thus significantly harm PBS and PBS Member Stations, ultimately to the detriment of all Americans—especially underserved Americans.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

_6/12/05_
**Date**

_[signature]_
**Paula Kerger**
President and Chief Executive Officer
Public Broadcasting Service