# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC BROADCASTING SERVICE, *et al.*,

    *Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*,

    *Defendants.*

Case No. 1:25-cv-01722-RDM

## DECLARATION OF JEFF HANKS

I, Jeff Hanks, am over 18 years of age and competent to give this declaration, which is based on my personal knowledge, information, and belief.

1.  I am the president and chief executive officer of Northern Minnesota Public Television, Inc., which does business as Lakeland PBS.

2.  Lakeland PBS is a non-profit community licensed public television station and, since its inception in 1979, has been a member of the Public Broadcasting Service ("PBS"). Lakeland PBS currently holds two non-commercial, educational television broadcast station licenses (KAWE, licensed to Bemidji, and KAWB, licensed to Brainerd).

3.  Lakeland PBS serves approximately 7,500 square miles in northern and central Minnesota. Its main headquarters, broadcast, and production center are in Bemidji, and it has a satellite office and studio in Brainerd.

4.      Of the over 490,000 viewers for whom Lakeland PBS's broadcast is available, none lives in a city or town with a population of over 20,000 people. Lakeland PBS's broadcast region includes some of the poorest counties in Minnesota, as well as the Red Lake and Leech Lake Tribal Communities and significant portions of the White Earth and Mille Lacs Tribal Communities.

5.      Lakeland PBS was formed to educate, inform, and enrich northern and central Minnesotans with commercial-free local and national programming.  This content is free to the public and is viewed broadly throughout northern and central Minnesota.

6.      Lakeland PBS provides the only broadcast news service in its service area, commercial or noncommercial.  Northern and central Minnesotans in Lakeland PBS's service area therefore rely on Lakeland PBS, and thus PBS, to learn about both local and national news.

7.      Lakeland PBS's local programming is made by Lakeland PBS itself.  It includes *Lakeland News*—the region's only program covering local news, weather, and sports—and *Lakeland Learns*, among other programs.  Without Lakeland PBS, many residents in Lakeland PBS's coverage area would have no access to television covering local topics.

8.      Lakeland PBS's national programming comes predominantly from PBS and is selected specifically for Lakeland PBS's viewership.  It includes PBS KIDS, *PBS Books Readers Club*, *First Nations Experience*, *Masterpiece*, *Nature*, *Call the Midwife*, *American Masters*, and *Antiques Roadshow*.

9.      Lakeland PBS relies heavily on this PBS content.  Fifty-six percent of programming on Lakeland-Prime (Lakeland PBS's main channel) comes from PBS, and 100% of programming on Lakeland-PBS Kids (Lakeland PBS's 24/7 channel dedicated to educational children's programming) comes from PBS.

10.      In addition to receiving national content from PBS, Lakeland PBS depends on PBS for a broad range of services.  Specifically, Lakeland PBS depends on PBS for content distribution, digital infrastructure, editorial guidance, industry representation, promotional expertise, technical training and support, professional development, cybersecurity training and education, data analytics, business intelligence and support, access to emergency information and alerts, a content management system, and a content delivery network.  By utilizing those services from PBS, Lakeland PBS efficiently leverages PBS's economies of scale to achieve significant savings that Lakeland PBS reinvests in various areas, including the production of local content and community events.

11.      PBS also provides resources to help Lakeland PBS raise private funding. For example, PBS has built the PBS Passport service, which Lakeland PBS uses as an added registered-viewer benefit.  PBS also offers procurement and distribution of proven on-air pledge programs; development training for local station staff; market research and fundraising assets; planned giving strategies; and toolkits for digital fundraising campaigns.  Beyond these tools specifically geared for fundraising, Lakeland PBS is able to leverage PBS's national presence, content, and brand to raise private funding.

3

12.     Lakeland PBS accesses PBS content and services by paying annual dues.  For fiscal year 2025, Lakeland PBS paid $421,832 in dues.  For fiscal year 2026, Lakeland PBS's estimated dues are $400,697.

13.     Lakeland PBS's budget for 2025 is $2.7 Million.  Of that, roughly $1 million, or 37%, comes from federal grants awarded by the Corporation for Public Broadcasting ("CPB") pursuant to the Public Broadcasting Act of 1967 (the "Act"). Those grants are restricted to certain categories of expenses.  Lakeland PBS currently pays the entirety of its annual PBS dues using those federal funds.

14.     In an Executive Order issued on May 1, 2025, the President "instruct[ed]" the CPB Board and "all executive departments and agencies" to "cease Federal funding for . . . PBS."    Exec. Order No. 14,290, *Ending Taxpayer Subsidization of Biased Media*, § 1, 90 Fed. Reg. 19,415, 19,415 (May 1, 2025) (the "EO").  The EO also instructs that "[t]he CPB Board . . . cease indirect funding to . . . PBS, including by ensuring that licensees and permittees of public . . . television stations, as well as any other recipients of CPB funds"—including Lakeland PBS and other PBS member stations—"do not use Federal funds for . . . PBS."  EO § 2.

15.     The effect of the EO on Lakeland PBS is severe.  Lakeland PBS depends on federal funding impacted by the EO in two crucial respects.

16.     First, any substantial reduction to PBS's budget would negatively affect both the programming and the services that PBS provides to member stations like Lakeland PBS.

4

17.     Second, the EO's prohibition on federal funds reaching PBS indirectly (through PBS member stations) would further harm Lakeland PBS.  Given that Lakeland PBS currently pays the entirety of its PBS dues with federal funds, and Lakeland PBS cannot use non-federal funds to cover PBS dues without facing significant shortfalls in other areas given various restrictions, the EO would force Lakeland PBS to choose between such shortfalls and ceasing to pay its PBS dues. But without paying dues, Lakeland PBS would lose *all* PBS content and services, which Lakeland PBS cannot readily or affordably replace.  The EO's indirect funding bar thus poses an existential threat to Lakeland PBS.  That is why Lakeland PBS has always paid PBS dues using federal funds.

I declare under penalty of perjury that the foregoing is true and accurate to the

best of my knowledge, information, and belief.

6-13-2025

_____
**Date**

_____
**Jeff Hanks**
President & Chief Executive Officer
Northern Minnesota Public Television,
Inc. d.b.a. Lakeland PBS