**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PUBLIC BROADCASTING SERVICE, *et al.*,

    *Plaintiffs,*

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States *et al.*,

    *Defendants.*

Case No. 1:25-cv-01722-RDM

**FEDERAL DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS'
SUMMARY JUDGMENT MOTION**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Civil Rule 7(h) and

the Court's Orders, Donald J. Trump, certain named officials, and the Federal agencies (Federal

Defendants) by and through undersigned counsel cross-move for summary judgment.

For the reasons stated in Federal Defendants' moving papers, the Court should grant their

cross-motion and deny Plaintiffs' motion for summary judgment in its entirety.  The grounds for

this cross-motion are fully set forth in the attached memorandum of law, supporting declaration,

and a certified index of the administrative record.  A proposed order describing the relief Federal

Defendants seek is also attached.

Dated:  July 11, 2025

Respectfully,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

*Counsel for the Federal Defendants*