IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC BROADCASTING SERVICE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-01722-RDM |

**FEDERAL DEFENDANTS' RESPONSES TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h), Defendants provide the following responses to statement of material facts as to which there is no genuine issue.

1.     The Public Broadcasting Service ("PBS") is a non-profit membership organization comprising 336 local public television broadcast stations throughout the United States and its territories.  Decl. of Paula Kerger (Ex. A) ¶ 1 ("Kerger Decl.").

Response: Undisputed.

2.     Lakeland PBS is a non-profit community licensed public television station and a PBS member station.  Decl. of Jeff Hanks (Ex. B) ¶ 1 ("Hanks Decl.").

Response: Undisputed.

3.     PBS develops and acquires television programming and other video content for distribution through member stations and other PBS platforms.  Kerger Decl. ¶ 7.

Response: Undisputed.

4.      PBS also provides various support services for member stations.  For example, PBS manages the public television interconnection system, negotiates distribution arrangements with national cable and satellite systems and digital streaming platforms, represents the interests of member stations in various regulatory proceedings, and provides numerous forms of fundraising support, among other services.  In doing so, PBS enables member stations to leverage economies of scale to optimize their programming and operations.  Kerger Decl. ¶ 12.

Response: Undisputed.

5.      PBS and PBS member stations have long been the recipients of millions of dollars annually in federal funds administered by CPB and by various agencies.  Kerger Decl. ¶ 15.

Response: Undisputed.

6.      For 2025, PBS has a budget of $373.4 million.  PBS will secure its entire budget from three primary sources: (i) dues from member stations; (ii) public and private grants; and (iii) revenue from passive income sources.  Kerger Decl. ¶ 16.  PBS member station dues comprise 61% of PBS's budget ($227 million).  CPB grants comprise another 16% ($59.8 million).  Other federal grants comprise 6% ($20.7 million).  *Id.* ¶ 17.

Response: Undisputed.

7.      Public television stations receive approximately $325 million in annual federal funding from CPB, nearly all of which goes to PBS member stations.  Those funds, which comprise more than 50% of the overall budgets of certain member stations, are instrumental to enabling them to operate, to produce programming that serves their local communities, and to pay PBS dues. Kerger Decl. ¶ 18.

Response: Undisputed.

8.      On May 1, 2025, the President issued Executive Order No. 14,290, Ending Taxpayer Subsidization of Biased Media, 90 Fed. Reg. 19,415 (May 1, 2025) (the "EO"), which purports to cease all direct and indirect federal funding for PBS, and contemporaneously published a document styled as a "Fact Sheet."

Response: Undisputed.

9.      The EO attempts to cut off federal funding to PBS because (as stated in the EO itself, and confirmed by the accompanying Fact Sheet and other materials) the President believes PBS provides "biased and partisan news coverage" and fails to "present[] a fair, accurate, [and] unbiased portrayal of current events to taxpaying citizens."  EO §§ 1, 2.

Response: Undisputed.

10.     The EO's termination of federal funding for PBS will limit PBS's ability to provide programming and services to member stations.  Kerger Decl. ¶ 20.

Response: Undisputed.

11.     Because many PBS member stations rely heavily on federal funding, many member stations will be unable to pay PBS dues (or will have to choose between paying PBS dues and incurring significant shortfalls in other areas) given the EO's prohibition on spending federal funds on such dues.  Kerger Decl. ¶ 21.

Response: Undisputed.

12.     Lakeland PBS relies heavily on PBS programming and services, which it cannot readily or affordably replace.  Hanks Decl. ¶¶ 9-11, 17.

Response: Undisputed.

13.     Lakeland PBS currently pays the entirety of its annual PBS dues using federal funds, which comprise roughly $1 million, or 37%, of Lakeland PBS's budget.  Hanks Decl. ¶ 13.

Response: Undisputed.

14.    Lakeland PBS cannot use non-federal funds to cover PBS dues without facing significant shortfalls in other areas given various restrictions. Hanks Decl. ¶ 17. Without paying PBS dues, Lakeland PBS would lose access to PBS content and services. *Id.*

Response: Undisputed.

Dated: July 11, 2025

                            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director


/s/ Carmen M. Banerjee
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

Counsel for the Federal Defendants

Case 1:25-cv-01722-RDM     Document 24-1     Filed 07/12/25     Page 5 of 5