IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC BROADCASTING SERVICE, *et al.*,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States *et al.*,<br><br>   *Defendants.* | Case No. 1:25-cv-01722-RDM |

### [PROPOSED] ORDER

It is hereby ORDERED that Federal Defendants' motion for an extension of time, *nunc pro tunc*, is GRANTED. Federal Defendants' time to file their motions for summary judgment and opposition to plaintiffs motion for summary judgment is extended until 1:50 a.m. on July 12, 2025. Federal Defendants time to serve the Administrative Record is extended until 6:00 p.m on July 12, 2025. Federal Defendants' time to file the certified index of the Administrative Record is extended until 4:35 p.m. on July 12, 2025.

DATE: _____

                                                          UNITED STATES DISTRICT JUDGE